HYMAN MARAM, Plaintiff-Appellee, *v.* OTIS ELEVATOR CO., Defendant-Appellant.

(No. 58650;

First District (5th Division)—December 28, 1973.

Opinion by Mr. JUSTICE SULLIVAN.

Lord, Bissell & Brook, of Chicago (Hugh C. Griffin and Richard E. Muebler, of counsel), for appellant.

No brief for appellee.

Louis Ruggiero et al., Plaintiffs-Appellees, v. Public Taxi Service, Inc., Defendants-Appellants.

(No. 58002;

First District (5th Division)—December 28, 1973.